**Mrizek Baking Company, appellee, v. Schulze Baking Company, appellant. Gen. No. 25,561.**
Action for damages to plaintiff's truck by collision with defendant's automobile. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Arnold Heap, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed June 18, 1921. Rehearing denied July 1, 1921.
West & Eckhart, for appellant. Charles J. Michal, for appellee; Charles P. Molthrop,. of counsel.
Mr. Justice Thomson delivered the opinion of the court.

---

**Brown Coal Company, appellant, v. Carterville Washed Coal Company, appellee. Gen. No. 25,601.**
Action for damages for breach of contract to deliver coal. Judgment for defendant in set-off. Appeal from the Superior Court of Cook county; the Hon. Hugo Pam, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Taylor, P. J., dissenting. Opinion filed June 18, 1921.
Mayer, Meyer, Austrian & Platt, for appellant. Pomeroy & Martin, for appellee.
Mr. Justice Thomson delivered the opinion of the court.

---

**Rose Peters, appellee, v. Chicago Railways Company et al., appellants. Gen. No. 25,622.**
Action for personal injuries received while plaintiff was alighting from one of defendants' street cars. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Joseph H. Fitch, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed June 18, 1921.
Charles LeRoy Brown, for appellants; John R. Guilliams and Franklin B. Hussey, of counsel. John A. Bloomingston, for appellee.
Mr. Justice Thomson delivered the opinion of the court.

---

**Josef Jilka, appellant, v. Agnieszka Jilka, appellee. Gen. No. 25,638.**
Suit for divorce. Complaint dismissed for want of equity and decree for defendant entered on her cross-bill for separate maintenance. Appeal from the Superior Court of Cook county; the Hon. John J. Sullivan, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed June 18, 1921.
John Jankowski and Busch, Leesman & Roemer, for appellant. Andrew Kucharski, Frank Greskowiak and Ewart Harris, for appellee.
Mr. Justice Thomson delivered the opinion of the court.

---

